## 881 LAPHAM vs. CIRCUIT JUDGE (Wayne), No. 12602.

To compel granting of a new trial.

Order to show cause issued March 1, 1892, but case afterwards discontinued by stipulation.

Relator appealed from Justice Court, but did not appear by attorney in the Circuit. He alleged that no notice of trial had been served upon him; that plaintiff's attorney did not keep

faith with defendant's attorney; that his attorney neglected to enter his appearance, and to properly attend to said cause.